IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAKEEM WILSON,<br>　　　Plaintiff,<br><br>　　　v.<br><br>DENNIS SHUPP, et al.,<br>　　　Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 11-3238 |

**O R D E R**

**AND NOW**, this 15th day of April 2014, having considered Defendants' Motion to Dismiss, filed on July 22, 2011 (ECF 22), and Plaintiff's Response in Opposition thereto, filed on March 28, 2014 (ECF 32), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED** without prejudice, and Plaintiff is granted leave to amend his Complaint within thirty (30) days.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 11\11cv3238.041514.order.mtd.docx